**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. $2:06-mj-81$ KM

Brian Dudley

**ORDER TO PAY**

SOCIAL SECURITY #: $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$
DATE OF BIRTH: $7-30-67$
DRIVER'S LICENSE #: $D0767155$
ADDRESS: 1705 Corillard
Marysville Ca 95901
CITY                STATE        ZIP CODE

FILED

MAR 1 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: $3-14-06$

DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

Fine: $ 295 and a penalty assessment of $ 20 for a TOTAL
AMOUNT OF: $ 315 within _____ days/months; or payments of $ _____ per
month, commencing _____ and due on the _____ of each month until paid in full.

( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
   completed by _____

(X) 1 year court probation, to terminate upon completion of fine.
PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to payment.
(circle one):

| USDC | CLERK, USDC | CLERK, USDC |
|---|---|---|
| CENTRAL VIOLATIONS BUREAU (SA) | 1130 O STREET, RM 5000 | 501 "I" STREET |
| POST OFFICE BOX 740026 | FRESNO, CA 93721 | SACRAMENTO, CA 95814-2322 |
| ATLANTA, GA 30374-0026 | | |

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: $3-14-06$

U.S. MAGISTRATE JUDGE

Clerk's Office